# Court of Appeals
# of the State of Georgia

ATLANTA,   July 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0146.  SCOTT MICHAEL TEAGUE v. THE STATE.**

Scott Michael Teague filed an application for interlocutory appeal seeking to challenge Judge Kenneth Vinson's order denying his motion to suppress.  We dismissed the application because Teague's certificate of immediate review had been signed by a different judge. On motion for reconsideration, however, Teague has provided an affidavit indicating that Judge Vinson was not available to sign the certificate of immediate review because he was out of the country.  Under these circumstances, Teague has shown that his certificate of immediate review was valid. See *Freemon v. Dubroca*, 177 Ga. App. 745 (1) (341 SE2d 276) (1986). Accordingly, we hereby GRANT the motion for reconsideration since the application for interlocutory appeal was properly filed.

Our March 21, 2014 order dismissing the application for interlocutory appeal is hereby VACATED, and the application is REINSTATED. Upon full consideration of the merits of the application for interlocutory review, however, we hereby DENY the application.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/03/2014
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*